**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff(s), | § | |
| VS. | § | CRIMINAL ACTION NO. 4:23−cr−00335 |
| | § | |
| JAVIER ALEJANDRO AGUILAR MORALES | § § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 10:00 AM on 8/30/2023. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1616898642?pwd=dHJpRGZtdlVONHVUeDB6cFRPNWwvUT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 689 8642
Meeting Password: 104068

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 8/25/2023

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.