UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:23-CR-335 |
| § | |
| JAVIER AGUILAR MORALES § | |

## ORDER

Pending before the Court is the Defendant's Unopposed Motion for Continuance, (Dkt. 48). The Court finds that the ends of justice served by granting a continuance outweigh the interest of the public, as well as the defendant, in a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161, failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation. It is **ORDERED** that a period of excludable delay shall commence from today, pursuant to 18 U.S.C. 3161. The period of excludable delay shall end at commencement of trial or disposition of charges.

THE SCHEDULING ORDER SHALL BE AMENDED AS FOLLOWS:

MOTIONS are due by **July 12, 2024**

RESPONSES are due by **July 22, 2024**

PRETRIAL CONFERENCE is set for **Augst 19, 2024 at 9:30 a.m.**

JURY TRIAL is set for **August 26, 2024 at 1:30 p.m.**

SIGNED at Houston, Texas on February 29, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE