UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23CR00335 |
|---|---|---|---|

|  |
|---|
| United States of America |
| *versus* |
| Javier Alejandro Aguilar Morales |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ilene Jaroslaw<br>Elliott Kwok Levine Jaroslaw Neils LLP<br>565 Fifth Avenue, 7th Floor<br>New York, NY 10017<br>(917)763-9852 ijaroslaw@ekljnlaw.com<br>New York #2241131<br>EDNY IWJ0569 |
|---|---|

| Name of party applicant seeks to appear for: | Javier Aguilar |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/24/2024 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: June 04, 2024   Clerk's signature  *Kimberly Picota* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: June 04, 2024

*George C. Hanks, Jr.*
United States District Judge