UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § | No. 4:23 Cr. 335 (GCH) |
| v. | |
| JAVIER ALEJANDRO AGUILAR MORALES | |

### [*PROPOSED*] ORDER GRANTING
### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

The Court, having considered the motion of counsel from Quinn Emanuel Urquhart & Sullivan, LLP to withdraw from representing Defendant Javier Alejandro Aguilar Morales (ECF No. __53__) finds that good cause exists to permit counsel to withdraw, and therefore **ORDERS** that the motion to withdraw is **GRANTED**.

The Clerk of Court is hereby directed to terminate the appearance of Quinn Emanuel Urquhart & Sullivan, LLP and attorneys Alex Spiro, Daniel R. Koffmann, Michael T. Packard, and George T. Phillips.

SIGNED in Houston, Texas on this __6th__ day of __June__, 2024

_____
Honorable George C. Hanks, Jr.
U.S. District Court Judge