USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

JAVIER ALEJANDRO AGUILAR MORALES

CRIMINAL NUMBER: 4:23-CR-00335 (GCH)

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, JAVIER ALEJANDRO AGUILAR MORALES, defendant, have been informed that an (*indictment*, ~~information, complaint~~) is pending against me in the above designated cause. I wish to plead GUILTY (COUNTS ONE AND THREE) to the offense charged, to consent to the disposition of the case in the EASTERN District of NEW YORK in which I, JAVIER ALEJANDRO AGUILAR MORALES, (am under arrest, ~~am held~~) and to waive trial in the above captioned District.

Dated: 07/23 20 24 at HOUSTON, TX

_____ (Defendant)
_____ (Witness)
_____ (Counsel for Defendants)
_____ (Assistant United States Attorney)

Approved

*Breon Peace*
United States Attorney for the
EASTERN District of
NEW YORK

_____
United States Attorney for the
SOUTHERN District of
TEXAS